# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joao Pedro Marques Guimares Gama a/k/a "Bahianinho" | ) ) ) ) ) | Case No. 19-MJ-6290-MPK  SEALED |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Joao Pedro Marques Guimares Gama a/k/a "Bahianinho",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Conspiracy to Commit Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951
Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846
Dealing in firearms without a license in violation of 18 U.S.C. § 922(a)(1)(A)
Alien in possession of a firearm in violation of 18 U.S.C. § 922(g)(5)

Date: 4/24/19

City and state:  Boston, MA

*Issuing officer's signature*

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

RECEIVED U.S. MARSHALS SERVICE BOSTON, MA 2019 APR 24 P 1:13

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT DISTRICT OF MASS. 2019 MAY -2 PM 1:49

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

WARRANT EXECUTED BY [signature]
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 4/25/19

*Arresting officer's signature*

*Printed name and title*