JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __ATF/HSI__

**City**   __Boston__

**County**   __Plymouth__

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. __19-MJ-6290-MPK__
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __19-MJ-6142,6143,6242,6243-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Marcio Costa   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   "Marcino"

Address   (City & State) Malden, MA

Birth date (Yr only): 1990   SSN (last4#): 5189   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:**   Thomas Butters   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Michael Crowley/Timothy Moran   Bar Number if applicable _____

**Interpreter:**   ☑ Yes  ☐ No   List language and/or dialect:   Portuguese

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date**   04/25/2019

☑ Already in Federal Custody as of   04/25/2019   in   Donald W. Wyatt Detention   .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   6/5/19   Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   19-MJ-6290-MPK

**Name of Defendant**      Marcio Costa

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2    18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3    21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | 4 |
| Set 4    18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | 5 |
| Set 5    18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 6    18 U.S.C. § 924(d)(1) | Drug Forfeiture | |
| Set 7    18 U.S.C. § 924(d)(1) | Firearm Forfeiture | |
| Set 8    28 U.S.C. § 2461(c) | Firearm Forfeiture | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II _____     **Investigating Agency** ATF/HSI _____

**City** Boston _____        **Related Case Information:**

**County** Plymouth _____    Superseding Ind./ Inf. _____ Case No. 19-MJ-6290-MPK
                                        Same Defendant _____ New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number  19-6142,6143,6242,6243- MPK
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name     Joao Pedro Marques Guimares Gama _____     Juvenile:     ☐ Yes  ☑ No

                   Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name     "Bahianinho" _____

Address          (City & State)  Malden, MA _____

Birth date (Yr only): 1998    SSN (last4#): _____    Sex M ___    Race: _____    Nationality: _____

**Defense Counsel if known:**     Vivianne E. Jeruchim _____     Address  50 Congress Street Suite 615 _____

**Bar Number** _____                                          Boston, MA 02109 _____

**U.S. Attorney Information:**

**AUSA**     Michael Crowley/Timothy Moran _____     Bar Number if applicable _____

**Interpreter:**     ☑ Yes   ☐ No        List language and/or dialect:          Portuguese _____

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes   ☐ No

**Matter to be SEALED:**     ☐ Yes   ☑ No

        ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**          04/25/2019 _____

☑ Already in Federal Custody as of          04/25/2019 _____ in     Donald W. Wyatt Detention _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**     ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   5 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:  6/5/19          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):     19-MJ-6290-MPK

**Name of Defendant**     Joao Pedro Marques Guimares Gama a/k/a "Bahianinho"

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2   18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3   21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | 4 |
| Set 4   18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | 5 |
| Set 5   18 USC § 922(g)(5) | Alien in Possession of a Firearm | 6 |
| Set 6   18 USC § 1963(a) | RICO Forfeiture | |
| Set 7   21 U.S.C. § 853 | Drug Forfeiture | |
| Set 8   18 U.S.C. § 924(d)(1) | Firearm Forfeiture | |
| Set 9   28 U.S.C. § 2461(c) | Firearm Forfeiture | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    Category No. __II__    **Investigating Agency** __ATF /HSI__

**City** __Boston__    **Related Case Information:**

**County** __Plymouth__

| | | |
|---|---|---|
| Superseding Ind./ Inf. _____ | Case No. | __19-MJ-6290-MPK__ |
| Same Defendant _____ | New Defendant | _____ |
| Magistrate Judge Case Number | _____ | |
| Search Warrant Case Number | __19-MJ-6142,6143,6242,6243-MPK__ | |
| R 20/R 40 from District of | _____ | |

**Defendant Information:**

Defendant Name    Edson DaSilva _____    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address    (City & State)  Whitman, MA _____

Birth date (Yr only): __2000__ SSN (last4#):_____ Sex __M__    Race: _____    Nationality: _____

**Defense Counsel if known:**    David J. Apfel _____    Address  100 Northern Avenue _____

**Bar Number** _____    Boston, MA 02210 _____

**U.S. Attorney Information:**

**AUSA**    Michael Crowley/Timothy Moran _____    Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect:    Portuguese _____

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .

☑ Already in State Custody at __Middlesex House of Correctio__ ☐ Serving Sentence ☑ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  6/5/19 _____    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

---

**District Court Case Number**  (To be filled in by deputy clerk):　　　19-MJ-6290-MPK

**Name of Defendant**　　　Edson DaSilva

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | 3 |
| Set 3 | 18 U.S.C. § 1963 (a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   II_____          **Investigating Agency**   ATF/HSI_____

**City**   Boston_____                    **Related Case Information:**

**County**   Plymouth_____          Superseding Ind./ Inf. _____      Case No.   19-MJ-6290-MPK
                                      Same Defendant _____      New Defendant _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number    19-MJ-6142,6143,6242,6243-MPK
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Breno Henrique DaSilva_____          Juvenile:   ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address    (City & State)  Somerville, MA_____

Birth date (Yr only): 1998   SSN (last4#):_____   Sex  M    Race: _____   Nationality: _____

**Defense Counsel if known:**   Leonard E. Milligan, III_____   Address  50 Congress Street Suite 600_____

**Bar Number** _____                                      Boston, MA 02109_____

**U.S. Attorney Information:**

**AUSA**   Michael Crowley/Timothy Moran_____   Bar Number if applicable   _____

**Interpreter:**   ☑ Yes   ☐ No      List language and/or dialect:      Portuguese_____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

      ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**          04/25/2019_____

☑ Already in Federal Custody as of          04/25/2019_____   in   Donald W. Wyatt Detention_____.
☐ Already in State Custody at ——————————— ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**      ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**      ☐ Petty ——————— ☐ Misdemeanor ——————— ☑ Felony   2_____

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   6/5/19          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):          19-MJ-6290-MPK

**Name of Defendant**      Breno Henrique DaSilva

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II _____          **Investigating Agency** ATF/HSI _____

**City**    Boston _____          **Related Case Information:**

**County**    Plymouth _____          Superseding Ind./ Inf. _____    Case No.    19-MJ-6290-MPK
                                       Same Defendant _____    New Defendant _____
                                       Magistrate Judge Case Number _____
                                       Search Warrant Case Number    19-MJ-6142,6143,6242,6243-MPK
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Alvaro Dos Santos Melo _____    Juvenile:    ☐ Yes ☑ No

            Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name    _____

Address    (City & State)    Everett, MA _____

Birth date (Yr only): 1996    SSN (last4#): _____    Sex M _____    Race: _____    Nationality: _____

**Defense Counsel if known:**    Scott P. Lopez _____    Address    88 Black Flacon Avenue Suite 345 _____

**Bar Number**    _____                    Boston, MA 02210 _____

**U.S. Attorney Information:**

**AUSA**    Michael Crowley/Timothy Moran _____    Bar Number if applicable    _____

**Interpreter:**    ☑ Yes    ☐ No        List language and/or dialect:        Portuguese _____

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes    ☐ No

**Matter to be SEALED:**    ☐ Yes    ☑ No

        ☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date**        04/25/2019 _____

☑ Already in Federal Custody as of        04/25/2019 _____    in    Donald W. Wyatt Detention _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    ☑ Felony    2 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    6/5/19 _____        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):      19-MJ-6290-MPK

**Name of Defendant**    Alvaro Dos Santos Melo

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    Category No.  **II**    Investigating Agency  **ATF/HSI**

**City**    **Boston**        Related Case Information:

**County**    **Plymouth**

Superseding Ind./ Inf. _____    Case No.    19-MJ-6290-MPK
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number    19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Vinicius Goncalves de Assis        Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name    _____

Address    (City & State)_____

Birth date (Yr only): 1997   SSN (last4#): _____   Sex M    Race: _____    Nationality: _____

**Defense Counsel if known:**    Mark D. Smith    Address  101 Federal Street, Suite 650

**Bar Number**    _____        Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**    Michael Crowley/Timothy Moran        Bar Number if applicable    _____

**Interpreter:**    ☑ Yes    ☐ No    List language and/or dialect:    Portuguese

**Victims:**    ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes    ☑ No

☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date**    _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at — Middlesex House of Correctio ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  6/5/19        Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____ 19-MJ-6290-MPK _____

**Name of Defendant** _____ Vinicius Goncalves de Assis _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  ATF/HSI

**City**    Boston                    **Related Case Information:**

**County**    Plymouth            Superseding Ind./ Inf. _____    Case No.  19-MJ-6290-MPK
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Igor Costa/                          Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name    _____

Address    (City & State)  Framingham, MA

Birth date (Yr only): 1998   SSN (last4#): 8240   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:**    Inga S. Bernstein          Address  65 Atlantic Avenue

**Bar Number**    _____                         Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**    Michael Crowley/ Timothy Moran          Bar Number if applicable    _____

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect:    _____

**Victims:**    ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**    _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at Norfolk County Sheriffs    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  6/5/19          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

---

**District Court Case Number**  (To be filled in by deputy clerk): ____ 19-MJ-6290-MPK _____

**Name of Defendant**    Igor Costa _____

<h3 style="text-align:center">U.S.C. Citations</h3>

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | 3 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013