%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     Category No. __II__     Investigating Agency __ATF/HSI__

**City** __Boston__     **Related Case Information:**

**County** __Plymouth__

Superseding Ind./ Inf. __X__     Case No. __19-10190-PBS__
Same Defendant __X__     New Defendant _____
Magistrate Judge Case Number __19-MJ-6290-MPK__
Search Warrant Case Number __19-MJ-6142,6143,6242,6243-MPK__
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** __Marcio Costa__     Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name** __"Marcino"__

**Address** __(City & State) Malden, MA__

**Birth date (Yr only):** __1990__    **SSN (last4#):** __5189__    **Sex** __M__    **Race:** _____    **Nationality:** _____

**Defense Counsel if known:** __Thomas Butters__     **Address** __Butters Brazilian LLP, One Exeter Plaza__

**Bar Number** _____     __12th Floor, 699 Boylston Street__
__Boston, MA 02116__

## U.S. Attorney Information:

**AUSA** __Michael Crowley/Timothy Moran__     Bar Number if applicable _____

**Interpreter:** ☑ Yes  ☐ No     List language and/or dialect: __Portuguese__

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date** __04/25/2019__

☑ Already in Federal Custody as of __04/25/2019__ in __Donald W. Wyatt Detention__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/20/2019     **Signature of AUSA:** _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   19-10190-PBS

**Name of Defendant**   Marcio Costa

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2  18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3  21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | 4 |
| Set 4  18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | 5 |
| Set 5  18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 6  18 U.S.C. § 924(d)(1) | Drug Forfeiture | |
| Set 7  18 U.S.C. § 924(d)(1) | Firearm Forfeiture | |
| Set 8  28 U.S.C. § 2461(c) | Firearm Forfeiture | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF/HSI

**City** Boston    **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. X    Case No. 19-10190-PBS
Same Defendant X    New Defendant ____
Magistrate Judge Case Number 19-MJ-6290-MPK
Search Warrant Case Number 19-6142,6143,6242,6243- MPK
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name: Joao Pedro Marques Guimares Gama    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Bahianinho"

Address: (City & State) Malden, MA

Birth date (Yr only): 1998   SSN (last4#): ____   Sex M   Race: ____   Nationality: ____

Defense Counsel if known: Vivianne E. Jeruchim    Address: 50 Congress Street Suite 615

Bar Number: ____    Boston, MA 02109

**U.S. Attorney Information:**

AUSA: Michael Crowley/Timothy Moran    Bar Number if applicable: ____

Interpreter: ☑ Yes ☐ No    List language and/or dialect: Portuguese

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

Arrest Date: 04/25/2019

☑ Already in Federal Custody as of 04/25/2019 in Barnstable County
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/20/2019    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10190-PBS

**Name of Defendant** Joao Pedro Marques Guimares Gama a/k/a "Bahianinho"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | 4 |
| Set 4 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | 5 |
| Set 5 | 18 USC § 922(g)(5) | Alien in Possession of a Firearm | 6 |
| Set 6 | 18 USC § 1963(a) | RICO Forfeiture | |
| Set 7 | 21 U.S.C. § 853 | Drug Forfeiture | |
| Set 8 | 18 U.S.C. § 924(d)(1) | Firearm Forfeiture | |
| Set 9 | 28 U.S.C. § 2461(c) | Firearm Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    Category No. **II**    Investigating Agency **ATF /HSI**

**City** Boston    **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf.    **X**    Case No. 19-10190-PBS
Same Defendant    **X**    New Defendant
Magistrate Judge Case Number    19-MJ-6290-MPK
Search Warrant Case Number    19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Edson DaSilva    Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name

Address    (City & State) Whitman, MA

Birth date (Yr only): 2000    SSN (last4#):    Sex **M**    Race:    Nationality:

Defense Counsel if known:    David J. Apfel    Address 100 Northern Avenue

Bar Number    Boston, MA 02210

**U.S. Attorney Information:**

AUSA    Michael Crowley/Timothy Moran    Bar Number if applicable

Interpreter:    ☑ Yes    ☐ No    List language and/or dialect:    Portuguese

Victims:    ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes ☑ No

Matter to be SEALED:    ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date**

☑ Already in Federal Custody as of    05/09/2019    in    Norfolk County    .
☐ Already in State Custody at ——    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:    on

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☑ Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:    11/20/2019    Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  19-10190-PBS

**Name of Defendant**    Edson DaSilva

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | 3 |
| Set 3 | 18 U.S.C. § 1963 (a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | | **U.S. District Court - District of Massachusetts** |
|---|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __ATF/HSI__

City __Boston__

County __Plymouth__

**Related Case Information:**
Superseding Ind./ Inf. __X__   Case No. __19-10190-PBS__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __19-MJ-6290-MPK__
Search Warrant Case Number __19-MJ-6142,6143,6242,6243-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Breno Henrique DaSilva__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State) Somerville, MA__

Birth date (Yr only): __1998__   SSN (last4#): _____   Sex __M__   Race: _____   Nationality: _____

Defense Counsel if known: __Leonard E. Milligan, III__   Address __50 Congress Street Suite 600__

Bar Number _____   __Boston, MA 02109__

**U.S. Attorney Information:**

AUSA __Michael Crowley/Timothy Moran__   Bar Number if applicable _____

Interpreter: ☑ Yes ☐ No   List language and/or dialect: __Portuguese__

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

Arrest Date __04/25/2019__

☑ Already in Federal Custody as of __04/25/2019__ in __Donald W. Wyatt Detention__
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/20/2019__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10190-PBS

**Name of Defendant**   Breno Henrique DaSilva

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2   18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3   18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __ATF/HSI__

**City** __Boston__   **Related Case Information:**

**County** __Plymouth__   Superseding Ind./ Inf. __X__   Case No. __19-10190-PBS__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __19-MJ-6290-MPK__
Search Warrant Case Number __19-MJ-6142,6143,6242,6243-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Alvaro Dos Santos Melo__   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   _(City & State)_ __Everett, MA__

Birth date (Yr only): __1996__   SSN (last4#): _____   Sex __M__   Race: _____   Nationality: _____

**Defense Counsel if known:** __Scott P. Lopez__   Address __88 Black Flacon Avenue Suite 345__

**Bar Number** _____   __Boston, MA 02210__

**U.S. Attorney Information:**

**AUSA** __Michael Crowley/Timothy Moran__   Bar Number if applicable _____

**Interpreter:** ☑ Yes  ☐ No   List language and/or dialect:   __Portuguese__

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date**   __04/25/2019__

☑ Already in Federal Custody as of __04/25/2019__ in __Donald W. Wyatt Detention__.
☐ Already in State Custody at ———— ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/20/2019__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):   19-10190-PBS

**Name of Defendant**   Alvaro Dos Santos Melo

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    Category No. **II**    Investigating Agency **ATF/HSI**

City **Boston**

County **Plymouth**

**Related Case Information:**

Superseding Ind./ Inf.  **X**    Case No.  **19-10190-PBS**
Same Defendant  **X**    New Defendant  _____
Magistrate Judge Case Number  **19-MJ-6290-MPK**
Search Warrant Case Number  **19-MJ-6142,6143,6242,6243-MPK**
R 20/R 40 from District of  _____

## Defendant Information:

Defendant Name  **Vinicius Goncalves de Assis**    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name  _____

Address  **(City & State)**

Birth date (Yr only): **1997**    SSN (last4#): _____    Sex **M**    Race: _____    Nationality: _____

Defense Counsel if known:  **Anthony E. Fuller**    Address **125 High Street, Suite 2010**

Bar Number  _____    **Boston, MA 02110**

## U.S. Attorney Information:

AUSA  **Michael Crowley/Timothy Moran**    Bar Number if applicable  _____

Interpreter:  ☑ Yes  ☐ No    List language and/or dialect:  **Portuguese**

Victims:  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

Arrest Date  _____

☑ Already in Federal Custody as of    **05/09/2019**    in    **Plymouth County Jail**
☐ Already in State Custody at  _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:  _____    on  _____

Charging Document:    ☐ Complaint    ☐ Information    ☑ Indictment

Total # of Counts:    ☐ Petty    ☐ Misdemeanor    ☑ Felony  **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **11/20/2019**    Signature of AUSA: _____

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   19-10190-PBS

**Name of Defendant**   Vinicius Goncalves de Assis

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __ATF/HSI__

City __Boston__

County __Plymouth__

**Related Case Information:**
Superseding Ind./ Inf.  __X__   Case No. __19-10190-PBS__
Same Defendant  __X__   New Defendant _____
Magistrate Judge Case Number  __19-MJ-6290-MPK__
Search Warrant Case Number  __19-MJ-6142,6143,6242,6243-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Igor Costa__   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) __Framingham, MA__

Birth date (Yr only): __1998__   SSN (last4#): __8240__   Sex __M__   Race: _____   Nationality: _____

Defense Counsel if known:  __Inga S. Bernstein__   Address __65 Atlantic Avenue__

Bar Number _____   __Boston, MA 02110__

**U.S. Attorney Information:**

AUSA  __Michael Crowley/ Timothy Moran__   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at __Norfolk County Sheriffs__   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  11/20/2019   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10190-PBS

**Name of Defendant** Igor Costa

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | 3 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __HSI__

**City** __Boston__   **Related Case Information:**

**County** __Plymouth__   Superseding Ind./ Inf. __X__   Case No. __19-10190-PBS__
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number __19-MJ-6144-MPK__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Matheus Marley Machado__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address   (City & State) __Boston, MA__

Birth date (Yr only): __1997__   SSN (last4#): _____   Sex __M__   Race: __White__   Nationality: _____

**Defense Counsel if known:** __John S. Day__   Address __Day Law Firm, P.C.__

**Bar Number** _____   33 Railroad Avenue, Suite 1-4
Duxbury, MA 02332

**U.S. Attorney Information:**

AUSA __Timothy E. Moran__   Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date** _____

☑ Already in Federal Custody as of __05/09/2019__ in __Massachusetts Correctional Inst.__
☐ Already in State Custody at _____   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/20/2019__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10190-PBS

**Name of Defendant** Matheus Marley Machado

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1963(a) | RICO Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**