

SOLID ROCK MINISTRIES

August 14, 2020

To Whom It May Concern,

    This letter is in reference to Joao Guimares-Gama, who is presently incarcerated at the Barnstable County Correctional Facility. Mr. Guimares has been here at this facility since August of 2019. During that time I have had the opportunity to minister to Mr. Guimares in various settings. He regularly attends Bible Studies, and has involved himself in one of our discipleship groups. We have had numerous one-on-one counseling sessions, and during these times, it has come to light that Johnny (as he is known), has made a decision to follow Jesus. He has committed his life to be a faithful Christian.

    I do not write a letter like this that often. But in this case there seems to be a sincerity about wanting to live differently. I was in his shoes many years ago. I was at a state prison in Florida (Appalachee Correctional Institute – East Unit), doing a five year sentence for armed robbery, and there, in that place, my life changed. I too, chose to follow Jesus and I've never looked back.

    I see in Johnny, a sincerity to change also, and not look back. Today he is not the same person as he was a year ago. Jesus has begun the process of change, and will continue that change, as Johnny walks with the Lord. My prayer is that somehow, he would experience mercy from the courts, as he faces his crimes. If there is any possibility of leniency, would you consider that some people do change, and I believe Johnny is one of those people.

Because of God's Grace,

*Chaplain Dave*

Chaplain Dave Robbins
Solid Rock Ministries
Barnstable County Jail

CHAPLAIN DAVE ROBBINS • P.O. BOX 2229 • TEATICKET, MA 02536 • SOLIDROCKMA.ORG

Barnstable County Sheriff's Office
6000 Sheriff's Place
Bourne, MA 02532

February 28, 2020

To Whom It May Concern,

I am writing to you regarding I/M Guimares-Gama, Joao. He is a student in my education class at Barnstable County Correctional Facility. Joao entered my class in July of 2019. During this time, he has worked diligently and consistently. The following is an educational report regarding Joao Guimares-Gama.

Ability to set goals: excellent

Organization skills: excellent

Focus: excellent

Study skills: excellent

Class participation: excellent

Able to follow directions: good

Respect for others in class: excellent

Attendance: good

Joao set an educational goal to study for the HiSET (High School Equivalency Test). He has taken many of the practice tests for reading, science and social studies. Joao is working on ESOL (English as a Second Language) materials to help boost his scores on the HiSET practice tests. He is respectful at all times.

Sincerely,

*Laura Gerrity*

Laura Gerrity, Teacher
Education Department

Barnstable County Sheriff's Office
6000 Sheriff's Place
Bourne, MA 02532

August 20, 2020

To Whom It May Concern,

I am writing to you regarding I/M Guimares-Gama, Joao. He is a student in my education class at Barnstable County Correctional Facility. Joao entered my class in September 2019. During this time, he has worked diligently and consistently. The following is an educational report regarding Joao Guimares-Gama.

Ability to set goals: excellent

Organization skills: good

Focus: excellent

Study skills: excellent

Class participation: excellent

Able to follow directions: good

Respect for others in class: excellent

Attendance: excellent

Due to COVID 19 restrictions at BCCF, there are no classes. In place of classes, Joao is given an educational packet containing ESOL material (English as a second language) and HiSET material to obtain a High School Equivalency Diploma. He is able to complete his packets weekly with accuracy. Joao's native language is Portuguese. He has been working very hard to increase his English vocabulary and his reading skills in English. Joao is respectful at all times.

Sincerely,

Laura Gerrity, Teacher
Education Department

Barnstable County Sheriff's Office
6000 Sheriff's Place
Bourne, MA 02532

September 2, 2020

To Whom It May Concern;

I am writing to you regarding Inmate Joao Guimares-Gama (P1803315). He is a student in my education class at Barnstable County Correctional Facility. Inmate Guimares-Gama entered education in July, 2019. During the time Inmate Guimares-Gama has been enrolled in education, he has been a pleasure to have in class. Joao is currently working on and has completed many different educational courses we offer in the education department of Barnstable County Correctional Sheriff's Office. Those educational courses include *Carpentry, HVAC, Masonry, Vocabulary for Work Readiness, Reading for Information in the Workplace, and ESOL (English Speakers of another Language).* Inmate Guimares-Gama has expressed an interest and set a goal of becoming an architecture designer. Joao always arrives to class with a positive attitude, and is extremely respectful to his teachers. He is very well prepared and has a strong willingness to learn.

Treatment Director – Joseph Trabucco reports "While there have been no meetings since mid-March, 2020 due to the Covid pandemic, prior to that time Inmate Guimares-Gama attended all weekly AA/NA meetings offered."

Inmate Guimares-Gama always complies with my directions and is open to guidance and self-improvement. Respect is something he demonstrates for himself and others on a daily basis.

The following is an educational report regarding Inmate Joao Guimares-Gama:

| | |
|---|---|
| Ability to set goals: | Excellent |
| Organization skills | Excellent |
| Focus: | Excellent |
| Study skills: | Excellent |
| Class participation: | Excellent |
| Able to follow directions: | Good (Has improved tremendously) |
| Respect for others in class | Excellent |
| Attendance | Perfect |

Inmate Guimares-Gama has grown in his educational endeavors. Joao is a positive presence in the classroom and he completes all tasks assigned with an outstanding attitude.

Sincerely,

Gregory Carbone, Lead Teacher

BCSO Education Department

508-563-4380