

**Comprehensive Score Report**
High School Equivalency Test

Name: Guimares-Gama, Joao
ETS ID: 2LF0H878
Date of Birth: January 08, 1998
Report Date: March 10, 2021

## Your HiSET™ Status

| | |
|---|---|
| Have you taken all five of the HiSET™ individual subtests? | Yes |
| Did you meet all three of the HiSET scoring criteria? | |
| • Scored at least 8 out of 20 on all HiSET subtests? | Yes |
| • Scored at least 2 out of 6 on the Essay? | Yes |
| • Achieved a Total Scaled Score on all HiSET subtests of at least 45? | Yes |
| **Did you pass the HiSET exam?** ** | **Yes** |

**Please check with your state for their passing requirements to receive a diploma or certificate, as they may differ from the national HiSET passing indicator on the score report.

## Your HiSET Summary

| Subtests | Your Highest Scaled Score | Test Date | Test Status |
|---|---|---|---|
| Mathematics | 14 | March 04, 2021 | You **Passed** Mathematics with a Scaled score of 14. |
| Science | 9 | December 04, 2020 | You **Passed** Science with a Scaled score of 9. |
| Social Studies | 12 | November 20, 2020 | You **Passed** Social Studies with a Scaled score of 12. |
| Language Arts - Reading | 11 | November 06, 2020 | You **Passed** Reading with a Scaled score of 11. |
| Language Arts - Writing | 10 | January 12, 2021 | You **Passed** Writing with a Scaled score of 10 and Essay score of 3. |
| **Total Scaled Score** | **56** | | |

Copyright © 2013 by Educational Testing Service. All rights reserved. ETS, the ETS logo and LISTENING. LEARNING. LEADING. are registered trademarks of Educational Testing Service (ETS) in the United States and other countries. HiSET is a trademark of ETS. Test items copyright © 2001, 2003, 2007 by The University of Iowa. All rights reserved. Used under license from Houghton Mifflin Harcourt.

329205

# BUILDING A STRONG VOCABULARY FOR WORK READINESS

## CERTIFICATE OF COMPLETION

This certificate is awarded to

### JOAO PEDRO M. G. GAMA

*"An investment in knowledge pays the best interest"…Benjamin Franklin*

WORK COMPLETED:

THIS CAREER READINESS ESOL COURSE HELPS STUDENTS BUILD THE NECESSARY VOCABULARY AND VOCABULARY SKILLS NEEDED TO FIND AND TO SUCCEED AT WORK. MANY WORDS IN THE ENGLISH LANGUAGE HAVE MORE THAN ONE MEANING. THIS BOOK WILL HELP THE STUDENT PRACTICE FIGURURING OUT THE CORRECT MEANING OF WORDS THAT THEY READ BY THINKING ABOUT CONTEXT AND HOW A WORD IS USED IN A SENTENCE.

Laura Gerrity — Teacher          9/21/2020
Joe Trabucco — Director of Inmate Services     9-21-20

# CAREER DEVELOPMENT INDEPENDENT STUDIES
## CERTIFICATE OF COMPLETION

This certificate is awarded to

JOAO PEDRO M. G. GAMA

*CARPENTRY*

WORK COMPLETED:

THIS CAREER DEVELOPMENT PREPARATION COURSE IN CARPENTRY COVERS ESSENTIALS OF RESIDENTIAL CONSTRUCTION CARPENTRY, INCLUDING TOOLS AND MATERIALS, ROUGH CARPENTRY AND EXTERIOR AND INTERIOR FINISH CARPENTRY TO ENSURE PROFESSIONAL SUCCESS ON ANY JOBSITE. THIS BOOK FEATURES BUSINESS PRACTICES, CLEAR UNDERSTANDING OF IMPORTANT TOOLS AND TECHNIQUES. EMPHASIS ON PRACTICAL KNOWLEDGE AND HAND-ON SKILLS. STRONG EMPHASIS ON SAFETY, TIPS TO AVOID ACCIDENTS AND HELP DEVELOP GOOD HABITS AND CAREFUL PRACTICES.

_____  11/3/2030
Laura Gerrity—Teacher   Date

_____  11-2-20
Joe Trabucco—Director of Inmate Services   Date

# CAREER DEVELOPMENT
# INDEPENDENT STUDIES
## CERTIFICATE OF COMPLETION

This certificate is awarded to

## JOAO PEDRO M.G. GAMA

### *HVAC*

WORK COMPLETED:

THIS CAREER DEVELOPMENT PREPARATION COURSE IN HVAC COVERS INSTALLATION, STARTUP AND SERVICE OF RESIDENTIAL AIR CONDITIONING AND HEATING SYSTEMS. THIS BOOK FEATURES SAFE AND PROPER HANDING OF REFRIGERANTS AND ENSURES SAFE COMPLIANCE WITH FEDERAL LAWS. STEP BY STEP INSTRUCTIONS FOR CORRECTLY READING PRESSURES AND TEMPERATURES ENSURING THAT SYSTEM WILL OPERATE PROPERLY. DETAILED TROUBLE SHOOTING CHAPTERS AND INSTRUCTIONS ON AVOIDING INJURIES ON ANY CONSTRUCTION SITE.

_____           1/21/21
GREGORY CARBONE—LEAD TEACHER          Date

# CAREER DEVELOPMENT
# INDEPENDENT STUDIES
## CERTIFICATE OF COMPLETION

This certificate is awarded to

## JOAO PEDRO M.G. GAMA

## READING FOR INFORMATION – CAREER READINESS PREP

WORK COMPLETED:
DEFINE COMMON WORKLACE WORDS
FOLLOW A SERIES OF STEPS
APPLY INSTRUCTIONS TO NEW SITUATIONS
DETERMINE PRINCIPLES BEHIND WORKPLACE DIRECTIVES
APPLY PRINCIPLES AND POLICIES TO NEW SITUATIONS

Greg Carbone — Lead Teacher

1/21/21
Date