# The Commonwealth of Massachusetts

## Board of Education

certifies that

## Joao Guimares-Gama

Has presented satisfactory evidence to this Department of having acquired the Equivalent of a High School Education and in testimony thereof is awarded this

## High School Equivalency Credential

**March 4, 2021**
Date of Issuance

*Wyvonne S. Carter*
Wyvonne S. Carter
Adult Education State Director



*Jeffrey C. Riley*
Jeffrey C. Riley
Commissioner of Elementary and Secondary Education

Print Batch ID: 917809
Tester ID: 9758966
Document Request ID: 5551073



# Notice of No Duplicates or Copies of Credential

March 11, 2021

Attn: Stephanie Tavares
Barnstable County Sheriff's Office
Education Department
6000 Sheriff's Place
Bourne, MA 02532
UNITED STATES

To whom it may concern:

Duplicates or copies of your HSE credential will NOT be issued in Massachusetts. The enclosed credential should be secured with your important papers. It should not be given to any school, agency, military personnel or employment personnel.

However, if the name that appears on the credential (this is what you entered when taking the test) is not correct because of a data input error and/or typographic error please do the following:

1. Make the correction directly on the credential.
2. Write your telephone number, email address, date of birth on the top of the credential.
3. Mail the credential back to the following address:
   DiplomaSender
   P.O. Box 722050
   Norman, OK 73070-8557

**Only HSE credentials with data input and/or typographic errors should be returned** - no other changes can or will be made! All requests must be received within 60 days from the date on the credential.

If you need proof of having received the Massachusetts High School Equivalency Credential and cannot locate your original document, you can order an official Letter of Certification from the DiplomaSender website at DiplomaSender.com. This document will verify to a college, employer, or military personnel that you did receive a High School Equivalency Credential in Massachusetts. There will be a charge for the Letter of Certification, when ordered through the DiplomaSender website, which is payable by credit/debit card or money order. This is not a transcript of your scores or a copy of the original credential.

Sincerely,

The DiplomaSender Team

Print Batch ID: 917809
Tester ID: 9758966
Document Request ID: 5551074

**DocuGard 04541 – 6 Security Features**
- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes

**DocuGard 04541 – 6 Security Features**
- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes

**DocuGard 04541 – 6 Security Features**
- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes

**DocuGard 04541 – 6 Security Features**
- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes



# HIGH SCHOOL EQUIVALENCY TRANSCRIPT

Issued under the authority of the Massachusetts Department of Elementary and Secondary Education

**Name:** Joao Guimares-Gama  
**Address:** 6000 Sheriff's Place  
Bourne, MA 02532  

**Date of Birth:** 1/8/1998  

High School Equivalency  
75 Pleasant St  
Malden, MA 02148  

*Wyvonne S. Carter*  
Wyvonne S. Carter  
State Adult Education Director  

| Test | Test Date | Score | Essay Score | Status | Performance Level | Language |
|---|---|---|---|---|---|---|
| Language Arts Writing | 1/12/2021 | 10 | 3 | Pass | Met Passing Criteria | English |
| Social Studies | 11/20/2020 | 12 | N/A | Pass | Met Passing Criteria | English |
| Science | 12/4/2020 | 9 | N/A | Pass | Met Passing Criteria | English |
| Language Arts Reading | 11/6/2020 | 11 | N/A | Pass | Met Passing Criteria | English |
| Mathematics | 3/4/2021 | 14 | N/A | Pass | Met Passing Criteria | English |
| HSE Credential Issued on 3/4/2021 | Total Score | 56 | | Pass | | |

**Passing Score Criteria:** A minimum score of 8 on each test of the five tests in the battery AND a minimum essay score of 2 AND a minimum total score of 45.

**Performance Levels:** Did Not Meet Passing Criteria - Score less than 8, or essay score less than 2, if applicable  
Met Passing Criteria - Score of 8 to 14, and essay score 2 or 3, if applicable  
College and Career Readiness - Score of 15 or greater, and essay score 4 and above, if applicable



To learn more about HiSET testing visit:  
**HiSet.ets.org**



To order additional transcripts or diplomas visit:  
**DiplomaSender.com**

26cbfef3-7e5f4fc1    Generated on 3/11/2021 7:14:51 PM by DiplomaSender.com    Any alteration of this document renders it null and void.

Print Batch ID: 917809
Tester ID: 9758966
Document Request ID: 5551072

**DocuGard 04541 – 6 Security Features**
- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes

**DocuGard 04541 – 6 Security Features**
- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes

**DocuGard 04541 – 6 Security Features**
- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes

**DocuGard 04541 – 6 Security Features**
- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes



