## Barnstable County Correctional Facility

**Inmate Request - LA DEMANDA DEL PRESO**

Date: 03/18/20
La fetcha:

To: LT. SPRAUGE
A:

From: JOAO GUIMARES GAMA
De:                                    ID# 0716829

Unit: C                    Room #: 2
La unidad                  El cuarto:

Request:
La demanda:

(Escrito en ingles) COULD YOU PLEASE KEEP ME IN THE WORKERS WATING LIST PLEASE. THAT WILL BE VERY APPRECIATED. THANK YOU.

Inmate's signature: La Firma de preso: [signature]
Received by: Deputy Travis

**Staff Response - OFICIAL DE ESTADO MAYOR RESPONSE**

Approved ☐ Aceptado          Denied ☐ Negaron

Comments or reasons for denial
Comentarios o razona para el rechazo: You are already on the wait list. You have been selected as the new pod worker. Lt. Sprague

Employee Name/Title: Lt. Sprague    Date: 4/27/20

7/20/20

I have voluntered to be a pod worker.
I am current in charge to hand out the food trays of the jail inmates, sweep and mop tiers, and cleaning the unit showers.
I have been a pod worker since July 7, 2020.

Joao Pedro M.G. Gama                                    January 17, 2021

[signature]