UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim **No. 1:19-cr-10190-PBS** |
| | ) |
| JOAO PEDRO MARQUES GAMA | ) |

## **MOTION TO SEAL**

Joao Pedro Marques Gama, by his attorney, hereby respectfully moves the Court to allow him file a non-motion letter under seal.

As grounds for this motion, the defendant states that public disclosure of the information contained in the submission would violate the defendant's right to privacy.

WHEREFORE, the Defendant move this Honorable Court to allow his motion to seal and to allow his supplemental filing of his non-motion letter under seal and for such other and further relief as to this Court deems just and proper.

Respectfully Submitted,
Joao Pedro Marques Gama
By his counsel,

Date: 05/21/2021        /s/ Vivianne Jeruchim_____
Vivianne Jeruchim, Esq.
BBO #547598
Jeruchim & Davenport, LLP
50 Congress St., Suite 615
Boston, MA  02109
617/720-6047

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 21, 2021.

Date: 05/21/2021                                      /s/ Vivianne Jeruchim
                                                                                          Vivianne Jeruchim, Esq.